IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TREVOR P. McLAURINE,<br><br>           Defendant. | 4:14CR3027<br><br>ORDER |

    This matter is before the Court on plaintiff's Motion for Dismissal of Count I (Filing No. 56) of the indictment against defendant TREVOR P. McLAURINE. The Court finds the motion should be granted.  Accordingly,

    IT IS ORDERED that the motion for dismissal of count I of the Indictment is granted and Count I is dismissed without prejudice.

    Dated this   2nd   day of February, 2015.

BY THE COURT:

 s/Richard G. Kopf
RICHARD G. KOPF
United States Senior District Court Judge